IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | |
| T. PAUL BULMAHN, LELAND TATE, ALBERT L. REESE, JR., GEORGE R. MORRIS, KEITH R. GODWIN, PAULINE VAN DER SMAN-ARCHER, ISABEL PLUME, ROBERT M. SHIVERS III, G. ROSS FRAZER, JOHN TSCHIRHART, BURT A. ADAMS, ARTHUR H. DILLY, BRENT M. LONGNECKER, ROBERT J. KAROW, GERARD J. SWONKE, CHRIS A. BRISACK, GEORGE R. EDWARDS, AND WALTER WENDLANDT, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:15-CV-01626 |
| DEFENDANTS. | § § | |

## ORDER

Considering the foregoing Joint Motion to Transfer Venue to the Eastern District of Louisiana filed by Defendants,

IT IS HEREBY ORDERED THAT the motion is GRANTED and that the case is transferred to Chief Judge Vance of the Eastern District of Louisiana.

New Orleans, Louisiana, this 28 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE